# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DOUGLAS S. HOLLEY (#79586)            CIVIL ACTION

VERSUS

           NO. 17-0091-JWD-EWD

BOSSIER PARISH SHERIFF'S OFFICE, ET AL.

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated June 8, 2017, to which no objection was filed:

**IT IS ORDERED** that this matter is transferred to the Western District of Louisiana for further proceedings.

**IT IS FURTHER ORDERED** that a determination regarding Plaintiff's right to proceed as a pauper herein is deferred to the transferee court for resolution and disposition.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 26, 2017</u>.

 

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**